FRANK E. BENNETT, DEFENDANT IN ERROR, v. THE CITY
OF ORANGE, PLAINTIFF IN ERROR.

Submitted July 10, 1903—Decided November 16, 1903.

On error to the Supreme Court.

For the plaintiff in error, *Thomas A. Davis* and *Malcolm MacLear*.

For the defendant in error, *William A. Lord*.

PER CURIAM.

The judgment brought up by this writ of error is affirmed, on the grounds set forth in the opinion of Mr. Justice Hendrickson in the Supreme Court, reported *ante p.* 176.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VOORHEES, VROOM, GREEN, GRAY.   12.

*For reversal*—None.